UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:17-cv-80455-KAM

DAVID POSCHMANN,

     Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA
As trustee under a certain Trust Agreement
Known as Trust No. 2401-2834-00,
PIZZA ALFRESCO, LLC and MIZNER, INC.,

     Defendant.

_____/

### NOTICE OF SETTLEMENT AS TO DEFENDANTS MIZNER, INC. AND PIZZA ALFRESCO, LLC

Defendants, Mizner, Inc. and Pizza Alfresco, LLC ("Defendants"), hereby notify the Court, that the Plaintiff and Defendants (collectively, "Parties") have resolved the matters in controversy in this action. It is anticipated that the Parties will file a stipulation and motion for dismissal with prejudice for the Court's approval within the next thirty (30) days.

### Certificate of Compliance with Local Rule 7.1

Undersigned counsel has conferred with Plaintiff's counsel, who has agreed to and joins the filing of this Notice of Settlement.

FORD & HARRISON LLP

By: /s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102
Direct:  (561) 345-7505
E-mail:  mlindberg@fordharrison.com
1450 Centrepark Blvd., Suite 325

*Poschmann v. City National Bank of Florida, et al.*
Case No. 9:17-cv-80455-KAM
Notice of Settlement

West Palm Beach, FL  33401
Facsimile:  (561) 345-7501

Frederick Warren, Esq.
Georgia Bar No. 738350
Email:  rwarren@fordharrison.com
271 17th St NW, Suite 1900
Atlanta, GA 30363
Telephone (404) 888-3828
Facsimile  (404) 888-3863
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice to:  Drew M. Levitt, Esq., and Lee D. Sarkin, Esq., 4700 N.W. Boca Raton Blvd., Suite 302, Boca Raton, FL 33431.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No.: 308102