UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:17-cv-80455-KAM

DAVID POSCHMANN,

    Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA
As trustee under a certain Trust Agreement
Known as Trust No. 2401-2834-00,
PIZZA ALFRESCO, LLC and MIZNER, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE
## AS TO PIZZA AL FRESCO, LLC AND MIZNER, INC

    THIS CAUSE is before the Court upon the Parties' Stipulation and Motion for Dismissal with Prejudice as to Pizza Al Fresco, LLC and Mizner, Inc. [DE 26], filed herein on November 7, 2017.  The Court is otherwise fully advised in the premises.

    Accordingly, it is ORDERED AND ADJUDGED as follows:

    1.    The Stipulation and Motion for Dismissal with Prejudice [DE 26] is GRANTED;

    2.    The above-styled cause is hereby DISMISSED WITH PREJUDICE as to Pizza Al Fresco, LLC and Mizner, Inc. with each party to bear his/its attorneys' fees and costs.

    3.    The case shall remain pending as to Defendant CITY NATIONAL BANK OF FLORIDA.

    DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of November, 2017.

    KENNETH A. MARRA
    United States District Judge