UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-CV-80455-KAM

DAVID POSCHMANN,

    Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA
As trustee under a certain Trust Agreement
Known as Trust No. 2401-2834-00,

    Defendant.

## STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, David Poschmann, and Defendant, City National Bank of Florida as trustee under a certain Trust Agreement known as Trust No. 2401-2834-00, through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to and move for dismissal with prejudice of the above-styled case with each party to bear his/its attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Drew M. Levitt | /s/ Merry E. Lindberg |
| Drew M. Levitt, Esq. | Merry E. Lindberg, Esq. |
| FL Bar No. 782246 | FL Bar No. 308102 |
| 4700 N.W. Boca Raton Blvd. | Ford & Harrison LLP |
| Suite 302 | 1450 Centrepark Blvd., Suite 325 |
| Boca Raton, FL  33431 | West Palm Beach, FL  33401 |
| (561) 994-6922 (direct line) | E-mail:  mlindberg@fordharrison.com |
| (561) 994-0837 (facsimile) | Telephone: (561) 345-7505 |
| E-mail:  DML2@bellsouth.net | Fax: (561) 345-7501 |
| *Attorneys for Plaintiff* | Frederick Warren, Esq. |
| | Georgia Bar No. 738350 |
| | Email:  rwarren@fordharrison.com |
| | 271 17th St NW, Suite 1900 |
| | Atlanta, GA 30363 |
| | Telephone (404) 888-3828 |

*Poschmann v. City National Bank of Florida*
Case No. 9:17-cv-80455-KAM
Stipulation and Motion for Dismissal with Prejudice

    Facsimile  (404) 888-3863
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice to:  Drew M. Levitt, Esq., and Lee D. Sarkin, Esq., 4700 N.W. Boca Raton Blvd., Suite 302, Boca Raton, FL 33431.

    /s/ Merry E. Lindberg
    Merry E. Lindberg, Esq.
    Florida Bar No.: 308102

WSACTIVELLP:9475379.1