UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80455-CIV-MARRA

DAVID POSCHMANN,

    Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA
As trustee under a certain Trust Agreement
Known as Trust No. 2401-2834-00,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This Cause is before the Court upon the parties' Stipulation and Motion for Dismissal with Prejudice, which was filed on November 28, 2017 (DE 29). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Motion (DE 29) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, this 29th day of November, 2017.

_____
KENNETH A. MARRA
United States District Judge